# IN THE SUPREME COURT OF THE STATE OF NEVADA

LDG GOLF, LLC,
                    Appellant,

vs.

NATIONSTAR MORTGAGE, LLC,
                    Respondent.

No. 75356

**FILED**

SEP 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order entered in a quiet title action. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

On June 26, 2019, this court entered an order granting appellant's counsel's motion to withdraw. This court directed appellant to retain new counsel and cause new counsel to file a notice of appearance in this court by July 26, 2019.[1] *See* NRAP 46A(b)(2) (corporations and other entities may not appear without counsel). No counsel filed a notice of appearance and appellant did not otherwise communicate with this court. Accordingly, on August 13, 2019, this court entered an order directing appellant to retain new counsel and cause new counsel to file a notice of appearance in this court by August 27, 2019.[2] The order cautioned that failure to comply could result in the dismissal of this appeal. To date, no

---

[1]A copy of this order is attached.

[2]A copy of this order is attached.

19-40242

counsel has filed a notice of appearance and appellant has not otherwise communicated with this court. Accordingly, this court

ORDERS this appeal DISMISSED.[3]

_____ *Pickering* _____ , J.
Pickering

_____ , J.   _____ , J.
Parraguirre                Cadish

cc:   Hon. Richard Scotti, District Judge
      Janet Trost, Settlement Judge
      LDG Golf, LLC
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

---

[3]Given this dismissal, this court takes no action on respondent's July 12, 2019, motion.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LDG GOLF, LLC,

Appellant,

vs.

NATIONSTAR MORTGAGE, LLC,

Respondent.

No. 75356

**FILED**

JUN 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER GRANTING MOTION TO WITHDRAW*

Cause appearing, the motion of Luis Ayon to withdraw as counsel for appellant is granted. NRAP 46(e)(3); RPC 1.16(b)(5), (6). The clerk shall remove Mr. Ayon as counsel of record for appellant. Appellant shall have 30 days from the date of this order to retain new counsel and cause new counsel to file a notice of appearance in this court. *See* NRAP 46A(b)(2) (corporations and other entities may not appear without counsel). Failure to comply with this order may result in the imposition of sanctions, including the dismissal of this appeal.

It is so ORDERED.

_____, C.J.

cc: LDG Golf, LLC
    Ayon Law, PLLC
    Akerman LLP/Las Vegas

SUPREME COURT
OF
NEVADA

(O) 1947A

19-27485

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LDG GOLF, LLC,

Appellant,

vs.

NATIONSTAR MORTGAGE, LLC,

Respondent.

No. 75356

FILED

AUG 1 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

On June 26, 2019, this court entered an order granting appellant's counsel's motion to withdraw. This court directed appellant to retain new counsel and cause new counsel to file a notice of appearance by July 26, 2019. To date, no counsel has filed a notice of appearance on appellant's behalf and appellant has not otherwise communicated with this court.

Appellant may not proceed on appeal without counsel. NRAP 46A(b)(2) (corporations and other entities may not appear without counsel). Appellant shall have 14 days from the date of this order to retain new counsel and cause new counsel to file a notice of appearance in this court. Failure to comply with this order may result in the dismissal of this appeal.

Briefing of this appeal is suspended. This court defers ruling on respondent's motion for summary disposition with remand. The alternative request for an extension of time to file the answering brief is denied as moot.

It is so ORDERED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-33952

cc:     LDG Golf, LLC
        Akerman LLP/Las Vegas